JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

**BENJAMIN AND CHRISTINA OLAYVAR**

Debtor(s).

Case No: 10-11353-B-7

Chapter 7

DC No. JMV-1

**TRUSTEE APPLICATION TO SELL ESTATE'S INTEREST IN PERSONAL PROPERTY TO DEBTORS**

Date: June 3, 2010
Time: 10:00 am
Place: U.S. Bankruptcy Court
1300 18th Street, Suite A
Bakersfield, California
Judge: W. Richard Lee

I, JEFFREY M. VETTER, Chapter 7 Trustee, respectfully represents:

## I.
## INTRODUCTION

The trustee requests authority to sell the estate's interest in (1) 1998 Ford F150 to Benjamin and Christina Olayvar ("Debtors") for a total of $2,500.00. The trustee believes that the sale of the estate's interest in the Personal Property to Debtors is in the best interest of the estate because there is little equity in the Vehicle after taking into consideration the resale value and costs of sale. Additionally, the Trustee can avoid the time and expense associated with finding a third party buyer or selling the Vehicle at auction.

## II.
## FACTUAL BACKGROUND

1. Debtors filed for relief under Chapter 7 of the Bankruptcy Code on February 11, 2010. Jeffrey Vetter is the duly appointed, qualified, and acting Trustee in the above captioned bankruptcy case.

2. This court has jurisdiction over this motion under 28 U.S.C. Section 1334 and 11 U.S.C. Section 363. This is a core matter under 28 U.S.C. Section 157 (b) (2) (A) & (N).

3. The asset of this estate include (1) a 1998 Ford F50 ($2,500.00) (collectively the "Vehicle"). In their <u>Schedule B-Personal Property</u> Debtors stated that the value of the Vehicle is (1) $2,800.00. According to Debtors schedules, the vehicle is owned free and clear of any liens.

4. Debtors made an offer to purchase the estate's interest in the Vehicle for $2,500.00.

## III.
## ARGUMENT

5. 11 USC 363(b) (1) provides that:

"The trustee, after notice and a hearing, may use, sell, or lease, other than in ordinary course of its business, property of the estate..."

The trustee has opted to sell the estate's interest in the Vehicle to Debtors in order to avoid the costs of maintaining the vehicle and selling them to a third party or at auction.

6. The Trustee believes that the sale of the estate's interest in the Vehicle to Debtors is in the best interest of the estate because it will generate $2,500.00 to be distributed by the estate and the estate will not have to incur the costs to locate buyers for the Vehicle plus the cost of sale.

//

//

## IV.

## CONCLUSION

WHEREFORE, the Trustee prays that he be authorized to sell the estate's interest in Personal Property to Debtors for $2,500.00 and for such other relief as is just and proper.

Dated: 5/4/10

JEFFREY M. VETTER, Chapter 7 Trustee.

/s/ *[signature]*

JEFFREY M. VETTER, Chapter 7 Trustee

E-Filed by: Jeffery M. Vetter
661-809-6806
jeffreyvetter@hotmail.com